# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Omar Bojorquez-Beltran,<br>a.k.a.: Omar Solem Bojorquez-Beltran,<br>(A 088 353 238)<br>*Defendant* | Case No. 17-341 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 11, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Omar Bojorquez-Beltran, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about July 26, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Brandon M. Brown

☒ Continued on the attached sheet.

_____
Complainant's signature

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 21, 2017

_____
Judge's signature

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On January 11, 2017, Omar Bojorquez-Beltran was booked into the Maricopa County Jail (MCJ) by the Maricopa County Sheriff's Office on local charges. While incarcerated at the MCJ, Bojorquez-Beltran was encountered by Deportation Officer (DO) S. Black. DO Black determined Bojorquez-Beltran to be a citizen of Mexico, illegally present in the United States. On the same date, a detainer was lodged with the MCJ. On August 18, 2017, Bojorquez-Beltran was released from the Arizona State Prison Complex, Alhambra, and transported to the Phoenix ICE office for further investigation and processing. Bojorquez-Beltran was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Bojorquez-Beltran to be a citizen of Mexico and a previously deported criminal alien. Bojorquez-Beltran was removed from the United States to Mexico through Brownsville, Texas, on or about July 26, 2011,

pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Bojorquez-Beltran in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Bojorquez-Beltran's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Omar Bojorquez-Beltran was convicted of Reentry After Deportation, a felony offense, on October 5, 2009, in the United States District Court, District of Arizona. Bojorquez-Beltran was sentenced to six (6) months' incarceration and three (3) years' of supervised release. Bojorquez-Beltran's criminal history was matched to him by electronic fingerprint comparison.

5. On August 18, 2017, Omar Bojorquez-Beltran was advised of his constitutional rights. Bojorquez-Beltran freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about January 11, 2017, Omar Bojorquez-Beltran, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Brownsville, Texas, on or about July 26, 2011, and not having obtained the express

consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 21st day of August, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge

3